MMB

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Bristol Center LLC

V.

BMR-350 George Patterson Boulevard

Civil Action
No: __20____1221__

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, __BMR-George Patterson__, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

BMR-George Patterson Boulevard LLC, incorrectly named as BMR-350 George Patterson Boulevard LLC in the complaint, is owned by a series of unincorporated associations. They are owned, directly or indirectly, by The Blackstone Group Inc., a publicly held corporation.

03/02/2020
Date

Signature

Counsel for: BMR-George Patterson

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
 (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

 (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.

MAR -2 2020